```
Justs N. Karlsons, No. 042899
S. Mark Varney, No. 121129
Troy M. Yoshino, No. 197850
```
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:   415.989.5900
Facsimile:   415.989.0932
Email:       jkarlsons@cbmlaw.com
             mvarney@cbmlaw.com
             tyoshino@cbmlaw.com

Daniel V. Gsovski, Esq. (*pending admission pro hac vice*)
**HERZFELD & RUBIN, P.C.**
40 Wall Street
New York, NY 10005-2349
Telephone:   212.471.8500
Facsimile:   212.344.3333
E-mail:      dgsovski@herzfeld-rubin.com

Attorneys for Defendant
Volkswagen of America, Inc. d/b/a Audi of America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MARTIN MAHER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN OF AMERICA, INC., d/b/a AUDI OF AMERICA, INC., and DOES 1-100,<br><br>Defendants. | No. C 06 6801 MJJ<br><br>**STIPULATED EXTENSION RE TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br>AND ORDER |

### STIPULATION

By and through their respective counsel of record, Plaintiff Martin Maher, individually and on behalf of all others similarly situated, and Volkswagen of America, Inc., dba Audi of America, Inc., ("Audi") stipulate and agree as follows:

CBM-PRODUCTS\SF332183.1

STIPULATED EXTENSION RE TIME TO RESPOND TO PLAINTIFFS' COMPLAINT        NO. C 06 6801 MJJ

1.     This action was original filed in the Superior Court of the State of California, in and for the City and County of San Francisco.

2.     Audi removed the action to this Court on November 1, 2006, making November 8, 2006, the deadline for Audi to respond to Plaintiff's Complaint.

3.     Pursuant to Civil Local Rule 6-1(a), the parties hereby stipulate that the time in which Audi shall answer or otherwise respond to the Complaint is extended to November 30, 2006. The parties agree that this extension does not alter the date of any event or and deadline already fixed by court order.

Dated: November 6, 2006     Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP

By _____/ s /_____
S. Mark Varney
Attorneys for Defendant
Volkswagen of America, Inc. d/b/a Audi of America, Inc.

Dated: November 6, 2006     Respectfully submitted,

GREEN, WELLING LLP

By _____/ s /_____
Charles D. Marshall
Attorneys for Plaintiff
Martin Maher, individually and on behalf of all others similarly situated

By General Order 45, Section X.B., I hereby attest that I have on file the holograph or conformed signatures indicated above in this e-filed document.

By _____/ s /_____
S. Mark Varney
Attorneys for Defendant
Volkswagen of America, Inc. d/b/a Audi of America, Inc.

**GRANTED**
Judge Martin J. Jenkins
11/8/2006

CBM-PRODUCTS\SF332183.1      -2-      

STIPULATED EXTENSION RE TIME TO RESPOND TO PLAINTIFFS' COMPLAINT      NO. C 06 6801 MJJ