| | |
|---|---|
| 1 | Justs N. Karlsons, No. 042899 |
| 2 | S. Mark Varney, No. 121129<br>Troy M. Yoshino, No. 197850 |
| 3 | **CARROLL, BURDICK & McDONOUGH LLP**<br>Attorneys at Law |
| 4 | 44 Montgomery Street, Suite 400<br>San Francisco, CA 94104 |
| 5 | Telephone: 415.989.5900<br>Facsimile: 415.989.0932 |
| 6 | Email: jkarlsons@cbmlaw.com<br>mvarney@cbmlaw.com |
| 7 | tyoshino@cbmlaw.com |
| 8 | Daniel V. Gsovski, Esq. (*pending admission pro hac vice*)<br>**HERZFELD & RUBIN, P.C.** |
| 9 | 40 Wall Street<br>New York, NY 10005-2349 |
| 10 | Telephone: 212.471.8500<br>Facsimile: 212.344.3333 |
| 11 | E-mail: dgsovski@herzfeld-rubin.com |
| 12 | Attorneys for Defendant |
| 13 | Volkswagen of America, Inc. d/b/a Audi of America, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MARTIN MAHER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN OF AMERICA, INC., d/b/a AUDI OF AMERICA, INC., and DOES 1-100,<br><br>Defendants. | No. C 06 6801 MJJ<br><br>**STIPULATED EXTENSION RE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** AND ORDER |

### STIPULATION

By and through their respective counsel of record, Plaintiff Martin Maher, individually and on behalf of all others similarly situated, and Volkswagen of America, Inc., dba Audi of America, Inc., ("Audi") stipulate and agree as follows:

CBM-PRODUCTS\SF335519.1

**STIPULATED EXTENSION RE TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**     **NO. C 06 6801 MJJ**

1. This action was original filed in the Superior Court of the State of California, in and for the City and County of San Francisco.

2. Audi removed the action to this Court on November 1, 2006.

3. Pursuant to Civil Local Rule 6-1(a), the parties previously stipulated that Audi would have until November 30, 2006, to answer or otherwise respond to Plaintiff's Complaint.

4. Pursuant to Civil Local Rule 6-1(a), the parties hereby stipulate that the time in which Audi shall answer or otherwise respond to the Complaint is further extended to January 12, 2007. The parties agree that this extension does not alter the date of any event or and deadline already fixed by court order.

Dated: November 29, 2006   Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP

By _____/ s /_____
S. Mark Varney
Attorneys for Defendant
Volkswagen of America, Inc. d/b/a Audi of America, Inc.

Dated: November __, 2006   Respectfully submitted,

GREEN, WELLING LLP

By _____/ s /_____
Charles D. Marshall
Attorneys for Plaintiff
Martin Maher, individually and on behalf of all others similarly situated

///
///
///
///

CBM-PRODUCTS\SF335519.1                    -2-

**STIPULATED EXTENSION RE TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**               **NO. C 06 6801 MJJ**

1   Pursuant to General Order 45, Section X.B., I hereby attest that I have on file the
2   holograph signatures for the conformed signatures indicated above in this e-filed document.

CARROLL, BURDICK & McDONOUGH LLP

By _____/ s /_____
S. Mark Varney
Attorneys for Defendant
Volkswagen of America, Inc. d/b/a Audi of America, Inc.



GRANTED
Judge Martin J. Jenkins
12/4/2006
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CBM-PRODUCTS\SF335519.1    -3-
**STIPULATED EXTENSION RE TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**    **NO. C 06 6801 MJJ**