```
Justs N. Karlsons, No. 042899
S. Mark Varney, No. 121129
Troy M. Yoshino, No. 197850
```
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:   415.989.5900
Facsimile:   415.989.0932
Email:       jkarlsons@cbmlaw.com
             mvarney@cbmlaw.com
             tyoshino@cbmlaw.com

Daniel V. Gsovski, Esq. (admitted *pro hac vice*)
**HERZFELD & RUBIN, P.C.**
40 Wall Street
New York, NY 10005-2349
Telephone:   212.471.8500
Facsimile:   212.344.3333
E-mail:      dgsovski@herzfeld-rubin.com

Attorneys for Defendant
Volkswagen of America, Inc. d/b/a Audi of America, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division

| | |
|---|---|
| MARTIN MAHER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> VOLKSWAGEN OF AMERICA, INC., d/b/a AUDI OF AMERICA, INC., and DOES 1-100, <br><br> Defendants. | No. C 06 6801 MJJ <br><br> **STIPULATED EXTENSION RE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES; DECLARATION OF TROY M. YOSHINO SUPPORTING SAME; [PROPOSED] ORDER GRANTING STIPULATED EXTENSION** <br><br> [N.D. CAL. LOCAL R. 6-2] |

CBM-PRODUCTS\SF339133.1

**STIPULATED EXTENSION RE RESP. TO COMPL., INITIAL CMC AND RELATED DATES**    NO. C 06 6801 MJJ

## STIPULATION

By and through their respective counsel of record, Plaintiff Martin Maher, individually and on behalf of all others similarly situated, and Volkswagen of America, Inc., dba Audi of America, Inc., ("Audi") stipulate and agree as follows:

1. Pursuant to Civil Local Rule 6-1(a), the parties have previously stipulated to two extensions of time for Audi to respond to Plaintiff's Complaint. The first extension was until November 30, 2006 (approved by Order of this Court on November 8, 2006), and the second extension was until January 12, 2007 (approved by Order of this Court on December 4, 2006).

2. The parties are engaged in negotiations and discussions which, if successful, would resolve this matter without the need for litigation. Such negotiations are progressing in a manner that makes the parties hopeful, but the parties require extra time to complete their negotiations and wish to focus their efforts and resources on reaching a mutually acceptable resolution of this matter, instead of litigation.

3. The parties have therefore agreed to the following:

   a. Audi will now have until February 26, 2007 to respond to Plaintiff's Complaint.

   b. The initial case management conference in this matter originally scheduled for Tuesday February 13, 2007 at 2:00 p.m. is continued to Tuesday, April 10, 2007 at 2:00 p.m., or such other date as is convenient for the Court.

   c. As contemplated by the Court's Order Setting Initial Case Management Conference and ADR Deadlines, the other related deadlines will be continued accordingly, *i.e.*, the ADR Deadlines and other activities originally set for January 23, 2007 are continued to March 20; and the initial case management statement and other documents originally due on February 6, 2007, are now due on April 3.

4. Pursuant to N.D. Cal. Local R. 6-2, the parties seek approval of these stipulated extensions, as paragraphs 3.b. and 3.c. affect certain dates fixed by Court order and the Local Rules of this Court.

CBM-PRODUCTS\SF339133.1 -2-

STIPULATED EXTENSION RE RESP. TO COMPL., INITIAL CMC AND RELATED DATES        NO. C 06 6801 MJJ

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 | Dated: January 4, 2007 | Respectfully submitted, |
| 3 |   | CARROLL, BURDICK & McDONOUGH LLP |
| 4 |   |   |
| 5 |   | By _____/ s /_____ |
| 6 |   | Troy M. Yoshino<br>Attorneys for Defendant |
| 7 |   | Volkswagen of America, Inc. d/b/a Audi of America, Inc. |
| 8 |   |   |
| 9 | Dated: January 5, 2007 | Respectfully submitted, |
| 10 |   | GREEN, WELLING LLP |
| 11 |   |   |
| 12 |   | By _____/ s /_____ |
| 13 |   | Charles D. Marshall<br>Attorneys for Plaintiff |
| 14 |   | Martin Maher, individually and on behalf of all others similarly situated |

Pursuant to General Order 45, Section X.B., I hereby attest that I have on file the holograph signatures for the conformed signatures indicated above in this e-filed document.

CARROLL, BURDICK & McDONOUGH LLP

By _____/ s /_____
Troy M. Yoshino
Attorneys for Defendant
Volkswagen of America, Inc. d/b/a Audi of America, Inc.

### DECLARATION OF TROY M. YOSHINO
### IN SUPPORT OF STIPULATED EXTENSION OF TIME

I, Troy M. Yoshino, declare and state as follows:

1. I am an attorney duly licensed to practice before this Court, and am associated with Carroll, Burdick & McDonough LLP, counsel for Defendant Volkswagen of America, Inc. d/b/a Audi of America, Inc. ("Audi") in the above-entitled action. The matters referred to in this Declaration are based upon my best personal knowledge and belief, and if called and sworn as a witness, I could and would competently testify as to each of them.

2. Pursuant to Civil Local Rule 6-1(a), the parties have previously stipulated to two extensions of time for Audi to respond to Plaintiff's Complaint. The first extension was until November 30, 2006 (approved by Order of this Court on November 8, 2006), and the second extension was until January 12, 2007 (approved by Order of this Court on December 4, 2006).

3. The parties currently are engaged in negotiations and discussions which, if successful, would resolve this matter without the need for litigation. Such negotiations are progressing in a manner that makes the parties hopeful, but the parties require extra time to complete their negotiations and wish to focus their efforts and resources on reaching a mutually acceptable resolution of this matter, instead of litigation.

4. The time modifications requested by the Stipulation set forth above would have the following effect on the schedule for the case:

   a. Audi's time to respond to Plaintiff's Complaint would be extended from January 12, 2007 until February 26, 2007.

   b. The initial case management conference in this matter originally scheduled for Tuesday February 13, 2007 at 2:00 p.m. would be continued to Tuesday, April 10, 2007 at 2:00 p.m., or such other date as is convenient for the Court.

       c.    As contemplated by the Court's Order Setting Initial Case Management Conference and ADR Deadlines, the other related deadlines would be continued accordingly, *i.e.*, the ADR Deadlines and other activities originally set for January 23, 2007 would be continued to March 20; and the initial case management statement and other documents originally due on February 6, 2007, would be due on April 3.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Executed this 4th day of January 2007 at San Francisco, California.

                                    /s/ Troy M. Yoshino
                                    Troy M. Yoshino

## ORDER

For good cause shown, the Court hereby enters the Stipulation set forth above as the Order of the Court. The schedule in this case is hereby modified as follows:

      a.    Audi's deadline to respond to Plaintiff's Complaint is now February 26, 2007.

      b.    The initial case management conference is continued to Tuesday, April 10, 2007 at 2:00 p.m.

      c.    As contemplated by the Court's [Original] Order Setting Initial Case Management Conference and ADR Deadlines, the other related deadlines are continued accordingly, *i.e.*, the ADR Deadlines and other activities originally set for January 23, 2007 are continued to March 20; and the initial case management statement and other documents originally due on February 6, 2007, are due on April 3.

**IT IS SO ORDERED.**

Dated:   1/9  , 2007

*[signature]*
_____
Hon. Martin J. Jenkins
United States District Judge

CBM-PRODUCTS\SF339133.1

**STIPULATED EXTENSION RE RESP. TO COMPL., INITIAL CMC AND RELATED DATES**     NO. C 06 6801 MJJ