Justs N. Karlsons, No. 042899
S. Mark Varney, No. 121129
Troy M. Yoshino, No. 197850
**CARROLL, BURDICK & McDONOUGH** LLP
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA  94104
Telephone:      415.989.5900
Facsimile:      415.989.0932
Email:           jkarlsons@cbmlaw.com
                 mvarney@cbmlaw.com
                 tyoshino@cbmlaw.com

Daniel V. Gsovski, Esq. (admitted *pro hac vice*)
**HERZFELD & RUBIN, P.C.**
40 Wall Street
New York, NY  10005-2349
Telephone:      212.471.8500
Facsimile:      212.344.3333
E-mail:          dgsovski@herzfeld-rubin.com

Attorneys for Defendant
Volkswagen of America, Inc. d/b/a Audi of America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MARTIN MAHER, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>            v.<br><br>VOLKSWAGEN OF AMERICA, INC., d/b/a AUDI OF AMERICA, INC., and DOES 1-100,<br><br>            Defendants. | No. C 06 6801 MJJ<br><br>**STIPULATED EXTENSION RE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES; DECLARATION OF TROY M. YOSHINO SUPPORTING SAME; [PROPOSED] ORDER GRANTING STIPULATED EXTENSION**<br><br>**[N.D. CAL. LOCAL R. 6-2]** |

CBM-PRODUCTS\SF345511.1

STIPULATED EXTENSION RE RESP. TO COMPL., INITIAL CMC AND RELATED DATES          NO. C 06 6801 MJJ

**STIPULATION**

By and through their respective counsel of record, Plaintiff Martin Maher, individually and on behalf of all others similarly situated, and Volkswagen of America, Inc., dba Audi of America, Inc. ("Audi") stipulate and agree as follows:

1.     The parties are engaged in negotiations and discussions which, if successful, would resolve this class action without the need for litigation.  The negotiations are progressing in a manner that makes the parties hopeful and, indeed, the parties are now exchanging draft settlement documents.  The parties require extra time to complete their negotiations and wish to focus their efforts and resources on reaching a mutually acceptable resolution of this matter, instead of litigation.  In addition, if a settlement is reached, the parties will need additional time to file a motion for preliminary approval with the Court and engage in other tasks before a stay order can be entered.

2.     The parties have therefore agreed to the following:

a.     Audi will now have until May 28, 2007 to respond to Plaintiff's Complaint.

b.     The initial case management conference in this matter currently scheduled for Tuesday, April 10, 2007 at 2:00 p.m. is now continued to Tuesday, July 10, 2007 at 2:00 p.m., or such other date as is convenient for the Court.

c.     As contemplated by the Court's Order Setting Initial Case Management Conference and ADR Deadlines, the other related deadlines will be continued accordingly, *i.e.*, the ADR Deadlines and other activities currently set for March 20 are now continued to June 20; and the initial case management statement and other documents currently due on April 3 are now due on July 3.

3.     Pursuant to N.D. Cal. Local R. 6-2, the parties seek approval of these stipulated extensions, as paragraphs 2.b. and 2.c. affect certain dates fixed by Court order and the Local Rules of this Court.

4.     Pursuant to Civil Local Rule 6-1(a), the parties have previously stipulated to three extensions of time for Audi to respond to Plaintiff's Complaint.  The first

CBM-PRODUCTS\SF345511.1                                    -2-

STIPULATED EXTENSION RE RESP. TO COMPL., INITIAL CMC AND RELATED DATES                    NO. C 06 6801 MJJ

1  extension was until November 30, 2006 (approved by Order of this Court on November 8,

2  2006); the second extension was until January 12, 2007 (approved by Order of this Court

3  on December 4, 2006); and the third extension was until February 26, 2007 (approved by

4  order of this Court on January 9, 2007).  This third extension also continued the dates

5  established in the Court's Order Setting Initial Case Management Conference and ADR

6  Deadlines, from late January and early February 2007 to the dates set forth above.

7        Dated:  February 21, 2007     Respectfully submitted,

8            CARROLL, BURDICK & McDONOUGH LLP

9

10            By_____/ s /_____

11                      Troy M. Yoshino
          Attorneys for Defendant

12            Volkswagen of America, Inc. d/b/a Audi of
          America, Inc.

13

14        Dated:  February 21, 2007     Respectfully submitted,

15            GREEN, WELLING LLP

16

17            By_____/ s /_____

18                   Charles D. Marshall
          Attorneys for Plaintiff

19            Martin Maher, individually and on behalf of all
          others similarly situated

20

21        Pursuant to General Order 45, Section X.B., I hereby attest that I have on file the

22  holograph signatures for the conformed signatures indicated above in this e-filed document.

23

24            CARROLL, BURDICK & McDONOUGH LLP

25

26            By_____/ s /_____

27                     Troy M. Yoshino
           Attorneys for Defendant

28            Volkswagen of America, Inc. d/b/a Audi of
          America, Inc.

### DECLARATION OF TROY M. YOSHINO
### IN SUPPORT OF STIPULATED EXTENSION OF TIME

I, Troy M. Yoshino, declare and state as follows:

1.    I am an attorney duly licensed to practice before this Court, and am associated with Carroll, Burdick & McDonough LLP, counsel for Defendant Volkswagen of America, Inc. d/b/a Audi of America, Inc. ("Audi") in the above-entitled action.  The matters referred to in this Declaration are based upon my best personal knowledge and belief, and if called and sworn as a witness, I could and would competently testify as to each of them.

2.    The parties are engaged in negotiations and discussions which, if successful, would resolve this class action without the need for litigation.  The negotiations are progressing in a manner that makes the parties hopeful and, indeed, the parties are now exchanging draft settlement documents.  The parties require extra time to complete their negotiations and wish to focus their efforts and resources on reaching a mutually acceptable resolution of this matter, instead of litigation.  In addition, if a settlement is reached, the parties will need additional time to file a motion for preliminary approval with the Court and engage in other tasks before a stay order can be entered.

3.    The time modifications requested by the Stipulation set forth above would have the following effect on the schedule for the case:

a.    Audi's time to respond to Plaintiff's Complaint would be extended from February 26, 2007 to May 28, 2007.

b.    The initial case management conference in this matter currently scheduled for Tuesday, April 10, 2007 at 2:00 p.m. would be continued to Tuesday, July 10, 2007 at 2:00 p.m., or such other date as is convenient for the Court.

c.    As contemplated by the Court's Order Setting Initial Case Management Conference and ADR Deadlines, the other related deadlines would be continued accordingly, *i.e.*, the ADR Deadlines and other activities currently set for

1   March 20 would be continued to June 20; and the initial case management statement and

2   other documents currently due on April 3 would be due on July 3.

3          4.     Pursuant to Civil Local Rule 6-1(a), the parties have previously

4   stipulated to three extensions of time for Audi to respond to Plaintiff's Complaint.  The

5   first extension was until November 30, 2006 (approved by Order of this Court on

6   November 8, 2006); the second extension was until January 12, 2007 (approved by Order

7   of this Court on December 4, 2006); and the third extension was until February 26, 2007

8   (approved by order of this Court on January 9, 2007).  This third extension also

9   continued the dates established in the Court's Order Setting Initial Case Management

10  Conference and ADR Deadlines, from late January and early February 2007 to the dates

11  set forth above.

12         I declare under penalty of perjury under the laws of the United States that the

13  foregoing is true and correct.

14         Executed this 21st day of February 2007 at San Francisco, California.

15                                              /s/ Troy M. Yoshino
                                                _____
16                                                  Troy M. Yoshino

17

18

19

20

21

22

23

24

25

26

27

28

1

## ORDER

2        For good cause shown, the Court hereby enters the Stipulation set forth above

3   as the Order of the Court.  The schedule in this case is hereby modified as follows:

4        a.      Audi's deadline to respond to Plaintiff's Complaint is now May 28,

5   2007.

6        b.      The initial case management conference is continued to Tuesday, July

7   10, 2007 at 2:00 p.m.

8        c.      The other related deadlines will be continued accordingly, *i.e.*, the ADR

9   Deadlines and other activities currently set for March 20 are now continued to June 20;

10  and the initial case management statement and other documents currently due on April 3

11  are now due on July 3.

12      **IT IS SO ORDERED.**

13

14      Dated:  _02/23_____, 2007

15

16                                      Hon. Martin J. Jenkins

17                                      United States District Judge

18

19                      Judge Martin J. Jenkins

20

21

22

23

24

25

26

27

28