Justs N. Karlsons, No. 042899
S. Mark Varney, No. 121129
Troy M. Yoshino, No. 197850
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:   415.989.5900
Facsimile:   415.989.0932
Email:       jkarlsons@cbmlaw.com
             mvarney@cbmlaw.com
             tyoshino@cbmlaw.com

Daniel V. Gsovski, Esq. (admitted *pro hac vice*)
**HERZFELD & RUBIN, P.C.**
40 Wall Street
New York, NY 10005-2349
Telephone:   212.471.8500
Facsimile:   212.344.3333
E-mail:      dgsovski@herzfeld-rubin.com

Attorneys for Defendant
Volkswagen of America, Inc. d/b/a Audi of America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MARTIN MAHER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN OF AMERICA, INC., d/b/a AUDI OF AMERICA, INC., and DOES 1-100,<br><br>Defendants. | No. C 06 6801 MJJ<br><br>**STIPULATED EXTENSION RE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES; DECLARATION OF TROY M. YOSHINO SUPPORTING SAME; [PROPOSED] ORDER GRANTING STIPULATED EXTENSION**<br><br>[N.D. CAL. LOCAL R. 6-2] |

## STIPULATION

By and through their respective counsel of record, Plaintiff Martin Maher, individually and on behalf of all others similarly situated, and Volkswagen of America, Inc., dba Audi of America, Inc. ("Audi") stipulate and agree as follows:

1. The parties are engaged in negotiations and discussions which, if successful, would resolve this class action without the need for litigation. The negotiations are progressing in a manner that makes the parties hopeful and, indeed, the parties are now exchanging draft settlement documents and other information related to the proposed settlement. The parties require extra time to complete their negotiations and wish to focus their efforts and resources on reaching a mutually acceptable resolution of this matter, instead of litigation. In addition, if a settlement is reached, the parties will need additional time to file a motion for preliminary approval with the Court and engage in other tasks before a stay order can be entered.

2. The parties have therefore agreed to the following:

   a. Audi will now have until July 30, 2007 to respond to Plaintiff's Complaint.

   b. The initial case management conference in this matter currently scheduled for Tuesday, July 10, 2007 at 2:00 p.m. is now continued to Tuesday, September 11, 2007 at 2:00 p.m., or such other date as is convenient for the Court.

   c. As contemplated by the Court's Order Setting Initial Case Management Conference and ADR Deadlines, the other related deadlines will be continued accordingly, *i.e.*, the ADR Deadlines and other activities currently set for June 20 are now continued to August 22; and the initial case management statement and other documents currently due on July 3 are now due on September 4.

3. Pursuant to N.D. Cal. Local R. 6-2, the parties seek approval of these stipulated extensions, as paragraphs 2.b. and 2.c. affect certain dates fixed by Court order and the Local Rules of this Court.

1     4.    Pursuant to Civil Local Rule 6-1(a), the parties have previously stipulated to four extensions of time for Audi to respond to Plaintiff's Complaint. The first extension was until November 30, 2006 (approved by Order of this Court on November 8, 2006); the second extension was until January 12, 2007 (approved by Order of this Court on December 4, 2006); the third extension was until February 26, 2007 (approved by order of this Court on January 9, 2007); and the fourth extension was until May 28, 2007 (approved by order of this Court on February 23, 2007). The third and fourth extensions also continued the dates established in the Court's Order Setting Initial Case Management Conference and ADR Deadlines, originally from late January and early February 2007 to the dates set forth above.

Dated:  May 21, 2007    Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP


By _____/ s /_____
S. Mark Varney
Attorneys for Defendant
Volkswagen of America, Inc. d/b/a Audi of America, Inc.

Dated:  May 22, 2007    Respectfully submitted,

GREEN, WELLING LLP


By _____/ s /_____
Charles D. Marshall
Attorneys for Plaintiff
Martin Maher, individually and on behalf of all others similarly situated

1  Pursuant to General Order 45, Section X.B., I hereby attest that I have on file the
2  holograph signatures for the conformed signatures indicated above in this e-filed document.

CARROLL, BURDICK & McDONOUGH LLP


By _____/ s /_____
S. Mark Varney
Attorneys for Defendant
Volkswagen of America, Inc. d/b/a Audi of America, Inc.

## DECLARATION OF TROY M. YOSHINO
## IN SUPPORT OF STIPULATED EXTENSION OF TIME

I, Troy M. Yoshino, declare and state as follows:

1. I am an attorney duly licensed to practice before this Court, and am associated with Carroll, Burdick & McDonough LLP, counsel for Defendant Volkswagen of America, Inc. d/b/a Audi of America, Inc. ("Audi") in the above-entitled action. The matters referred to in this Declaration are based upon my best personal knowledge and belief, and if called and sworn as a witness, I could and would competently testify as to each of them.

2. The parties are engaged in negotiations and discussions which, if successful, would resolve this class action without the need for litigation. The negotiations are progressing in a manner that makes the parties hopeful and, indeed, the parties are now exchanging draft settlement documents and other information related to the proposed settlement. The parties require extra time to complete their negotiations and wish to focus their efforts and resources on reaching a mutually acceptable resolution of this matter, instead of litigation. In addition, if a settlement is reached, the parties will need additional time to file a motion for preliminary approval with the Court and engage in other tasks before a stay order can be entered.

3. The time modifications requested by the Stipulation set forth above would have the following effect on the schedule for the case:

   a. Audi's time to respond to Plaintiff's Complaint would be extended from May 28, 2007 to July 30, 2007.

   b. The initial case management conference in this matter currently scheduled for Tuesday, July 10, 2007 at 2:00 p.m. would be continued to Tuesday, September 11, 2007 at 2:00 p.m., or such other date as is convenient for the Court.

   c. As contemplated by the Court's Order Setting Initial Case Management Conference and ADR Deadlines, the other related deadlines would be continued accordingly, *i.e.*, the ADR Deadlines and other activities currently set for June

CBM-PRODUCTS\SF357671.1                    -5-
STIPULATED EXTENSION RE RESP. TO COMPL., INITIAL CMC AND RELATED DATES            NO. C 06 6801 MJJ

1  20 would be continued to August 22; and the initial case management statement and
2  other documents currently due on July 3 would be due on September 4.

3          4.      Pursuant to Civil Local Rule 6-1(a), the parties have previously
4  stipulated to three extensions of time for Audi to respond to Plaintiff's Complaint. The
5  first extension was until November 30, 2006 (approved by Order of this Court on
6  November 8, 2006); the second extension was until January 12, 2007 (approved by Order
7  of this Court on December 4, 2006); the third extension was until February 26, 2007
8  (approved by order of this Court on January 9, 2007); and the fourth extension was until
9  May 28, 2007 (approved by order of this Court on February 23, 2007). The third and
10 fourth extensions also continued the dates established in the Court's Order Setting Initial
11 Case Management Conference and ADR Deadlines, originally from late January and early
12 February 2007 to the dates set forth above.

13         I declare under penalty of perjury under the laws of the United States that the
14 foregoing is true and correct.

15         Executed this 22nd day of May 2007 at San Francisco, California.

16                                          /s/ Troy M. Yoshino
                                            ―――――――――――――――
17                                              Troy M. Yoshino

## ORDER

For good cause shown, the Court hereby enters the Stipulation set forth above as the Order of the Court. The schedule in this case is hereby modified as follows:

    a.    Audi's deadline to respond to Plaintiff's Complaint is now July 30, 2007.

    b.    The initial case management conference is continued to Tuesday, September 11, 2007 at 2:00 p.m.

    c.    The other related deadlines will be continued accordingly, *i.e.*, the ADR Deadlines and other activities currently set for June 20 are now continued to August 22; and the initial case management statement and other documents currently due on July 3 are now due on September 4.  PLEASE BE ADVISED THAT NO FURTHER EXTENSIONS WILL BE GRANTED.

**IT IS SO ORDERED.**

Dated: \_\_June 4\_\_, 2007

                                                                           _____
                                                                           Hon. Martin J. Jenkins
                                                                           United States District Judge