Justs N. Karlsons, No. 042899
S. Mark Varney, No. 121129
Troy M. Yoshino, No. 197850
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA  94104
Telephone:     415.989.5900
Facsimile:     415.989.0932
Email:         jkarlsons@cbmlaw.com
               mvarney@cbmlaw.com
               tyoshino@cbmlaw.com

Daniel V. Gsovski, Esq. (admitted *pro hac vice*)
**HERZFELD & RUBIN, P.C.**
40 Wall Street
New York, NY  10005-2349
Telephone:     212.471.8500
Facsimile:     212.344.3333
E-mail:        dgsovski@herzfeld-rubin.com

Attorneys for Defendant
Volkswagen of America, Inc. d/b/a Audi of America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MARTIN MAHER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN OF AMERICA, INC., d/b/a AUDI OF AMERICA, INC., and DOES 1-100,<br><br>Defendants. | No. C 06 6801 MJJ<br><br>**PARTIES' STIPULATION REGARDING:**<br><br>**1.  REQUEST FOR ORDER TO MEDIATION;**<br><br>**2.  CONTINUANCE OF HEARING DATE ON PLAINTIFF'S MOTION TO STRIKE; AND**<br><br>**3.  HEARING DATE ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS.**<br><br>**DECLARATION OF TROY M. YOSHINO SUPPORTING SAME; [PROPOSED] ORDER GRANTING STIPULATION**<br><br>**[N.D. CAL. LOCAL R. 6-2]**<br><br>Hon. Martin J. Jenkins |

CBM-PRODUCTS\SF376286.1

**STIPULATION RE: MEDIATION AND MOTION DATES**                                       **NO. C 06 6801 MJJ**

**STIPULATION**

By and through their respective counsel of record, Plaintiff Martin Maher, individually and on behalf of all others similarly situated, and Volkswagen of America, Inc., dba Audi of America, Inc. ("Audi") stipulate and agree as follows:

1. As the Court is aware from the parties' prior filings, for nearly a year now, the parties have been involved in protracted negotiations and discussions which, if successful, would resolve this class action without the need for litigation. The parties have reached agreement on nearly all issues and, indeed, have settlement documents and related exhibits with agreed-upon language in nearly all respects. There are ongoing discussions relating to confirmatory discovery necessary for the parties to diligently evaluate the fairness, reasonableness, and adequacy of the proposed settlement, but only one substantive issue remains -- that of Plaintiff's counsel's request for attorneys' fees and costs.

2. By order dated September 7, 2007, the Court continued the initial case management conference in this matter to November 27, 2007, at 2:00 p.m.

3. On September 10, 2007, together with Daniel Bolling of this Court's ADR Program, the parties conducted the ADR Phone Conference required by this Court's Local Rules. It is the parties' understanding that Mr. Bolling intends to recommend (or perhaps already has recommended) that the parties be ordered to mediation before a Magistrate Judge of this Court or other mediator.

4. The parties agree that the case should be mediated, but believe that the chances for successful mediation or settlement may increase if the Court issues several other orders as well. Specifically, the parties request:

   a. **An Order to Mediation with a Magistrate Judge by October 26, 2007.** The parties jointly request an order for mediation with a Magistrate Judge of this Court by October 26, 2007. The parties believe that a Magistrate Judge could maximize the possibility of a mutually agreeable resolution. If the Court cannot make reference to a Magistrate Judge within the requested time-frame, however, the parties will accept an

1  order to mediate with another Court-appointed mediator or a mediator of their own
2  choosing on or before October 26, 2007.

3          b.    **A Continuance of the Hearing Date on Plaintiff's Pending**
4  **Motion to Strike to November 27, 2007.**  Plaintiff's Motion to Strike (Docket No. 17)
5  was originally scheduled to be heard on September 25, 2007 at 9:30 a.m.  The Court, sua
6  sponte, re-set the hearing for October 16, 2007.  The motion is fully briefed.  To conserve
7  both the Court's and the parties' resources, and to facilitate settlement discussions, the
8  parties jointly request that the Court defer the hearing and decision on this Motion until
9  after the mediation and a reasonable time for the parties to finalize the details of any
10 agreement and motion for preliminary approval.  The parties request that this Motion be
11 heard at the same time as the scheduled initial case management conference (*i.e.*,
12 November 27, 2007, at 2 p.m.).  In the alternative, the parties request a motion hearing
13 during the normal law-and-motion time (*i.e.*, 9:30 a.m.) on November 27, 2007.

14         c.    **A Hearing Date for Defendant's Motion for Judgment on the**
15 **Pleadings on November 27, 2007.**  As discussed in the parties' initial case management
16 statement (Docket No. 22), Audi intends to file a Motion for Judgment on the Pleadings.
17 The parties jointly request that this Motion be heard at the same time as plaintiff's Motion
18 to Strike.  *See* Request Made in Paragraph 4.b.  The parties have agreed that Audi will
19 preview this Motion with plaintiff's counsel prior to the mediation, but pursuant to Local
20 R. 7, Audi would now intend to file its Motion for Judgment on the Pleadings by
21 October 23, 2007.  Plaintiff would file any opposition by November 6, 2007, and Audi
22 would file any reply by November 13, 2007.  The parties request notice if the Court would
23 appreciate briefing and/or a hearing date for this Motion on a different schedule.

24     5.    Pursuant to N.D. Cal. Local R. 6-2, the parties seek approval of this
25 stipulation, as paragraph 4.b. affects certain dates currently on the Court's calendar (*i.e.*,
26 the currently scheduled September 25, 2007 hearing date).  Other than continuing this
27 one hearing date, the parties' stipulation does not affect the schedule for the case.
28

CBM-PRODUCTS\SF376286.1       -3-

**STIPULATION RE: MEDIATION AND MOTION DATES**     **NO. C 06 6801 MJJ**

1        6.   Pursuant to Civil Local Rule 6-1(a), the parties have previously stipulated to five extensions of time for Audi to respond to Plaintiff's Complaint.  The last three of these stipulated extensions also continued the dates established in the Court's Order Setting Initial Case Management Conference and ADR Deadlines.  Audi has now responded to plaintiff's Complaint and the parties have completed all tasks discussed in the Court's initial orders, with the exception of the initial case management conference -- now set by Order of this Court for November 27, 2007.  As stipulated above, the parties are ***not*** requesting a continuance of the November 27, 2007 case management date.

Dated:  September 20, 2007

Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP

By _____/ s /_____
S. Mark Varney
Attorneys for Defendant
Volkswagen of America, Inc. d/b/a Audi of America, Inc.

Dated:  September 20, 2007

Respectfully submitted,

GREEN, WELLING LLP

By _____/ s /_____
Charles D. Marshall
Attorneys for Plaintiff
Martin Maher, individually and on behalf of all others similarly situated

    Pursuant to General Order 45, Section X.B., I hereby attest that I have on file the holograph signatures for the conformed signatures indicated above in this e-filed document.

CBM-PRODUCTS\SF376286.1         -4-

**STIPULATION RE: MEDIATION AND MOTION DATES**         **NO. C 06 6801 MJJ**

CARROLL, BURDICK & McDONOUGH LLP


By _____/ s /_____
      S. Mark Varney
Attorneys for Defendant
Volkswagen of America, Inc. d/b/a Audi of America, Inc.

# DECLARATION OF TROY M. YOSHINO
# IN SUPPORT OF STIPULATED EXTENSION OF TIME

I, Troy M. Yoshino, declare and state as follows:

1. I am an attorney duly licensed to practice before this Court, and am associated with Carroll, Burdick & McDonough LLP, counsel for Defendant Volkswagen of America, Inc. d/b/a Audi of America, Inc. ("Audi") in the above-entitled action. The matters referred to in this Declaration are based upon my best personal knowledge and belief, and if called and sworn as a witness, I could and would competently testify as to each of them.

2. As the Court is aware from the parties' prior filings, for nearly a year now, the parties have been involved in protracted negotiations and discussions which, if successful, would resolve this class action without the need for litigation. Through the Stipulated Application filed herewith, the parties have requested certain orders that will lead to mediation and maximize the possibilities for a non-judicial resolution of this class action.

3. The time modifications requested by the Stipulation set forth above would have the following effect on the schedule for the case:

    a. The hearing on plaintiff's Motion to Strike, currently on calendar for September 25, 2007 at 9:30 a.m. would be continued to November 27, 2007.

4. Although Local Rule 6-2 requires this declaration to discuss only those matters affecting the schedule for the case, the Stipulated Application asks the Court to enter other orders as well.

5. Pursuant to Civil Local Rule 6-1(a), the parties have previously stipulated to five extensions of time for Audi to respond to plaintiff's Complaint. The last three of these stipulated extensions also continued the dates established in the Court's Order Setting Initial Case Management Conference and ADR Deadlines. Audi has now responded to plaintiff's Complaint and the parties have completed all tasks discussed in the Court's initial orders, with the exception of the initial case management conference—now set for

CBM-PRODUCTS\SF376286.1                    -6-

**STIPULATION RE: MEDIATION AND MOTION DATES**                                                                 **NO. C 06 6801 MJJ**

November 27, 2007.  The parties are *not* requesting a continuance of the November 27 case management date.

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Executed this 20th day of September 2007, at San Francisco, California.

                  /s/ Troy M. Yoshino
                   Troy M. Yoshino

**ORDER**

For good cause shown, the Court hereby enters the Stipulation set forth above as the Order of the Court:

a. ~~Unless a mutually agreed-upon proposed settlement is reached, the parties shall mediate attorneys' fee and costs issues before _____ on _____, 2007, at _____.~~

b. The hearing on plaintiff's Motion to Strike is continued from October 16, 2007, at 9:30 a.m., until November 27, 2007, at 9:30 a.m.

c. Defendant's Motion for Judgment on the Pleadings is assigned a hearing date of November 27, 2007, at 9:30 a.m.  That Motion shall be briefed pursuant to the deadlines set forth in N.D. Cal. Local R. 7.

d. The initial case management conference is scheduled on January 8, 2008 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: 10/02/07

Hon. Martin J. Jenkins
District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Martin J. Jenkins]

CBM-PRODUCTS\SF376286.1

**STIPULATION RE: MEDIATION AND MOTION DATES**                                **NO. C 06 6801 MJJ**