**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MAHER, | No. C06-06801 MJJ |
|     Plaintiff, | **ORDER DENYING MOTION TO SHORTEN TIME AND SETTING HEARING DATE** |
| v. | |
| VOLKSWAGEN OF AMERICA, | |
|     Defendant. | |

    Before the Court is Plaintiff Martin Maher ("Plaintiff") and Defendant Volkswagen of America's ("Defendant") Stipulation and Motion to Shorten Time for Hearing on Motion for Preliminary Approval. (Docket No. 34.) Plaintiff previously filed a Motion to Strike Portions of Defendant's Answer, which was set for hearing on November 27, 2007. On November 15, 2007 the parties submitted a Notice of Settlement, a Motion for Preliminary Approval of the settlement and this Motion, which withdraws Plaintiff's Motion to Strike and seeks to expedite the hearing on the Motion for Preliminary Approval. Specifically, the parties request that the Court hear the Motion for Preliminary Approval on November 27, 2007, in lieu of Plaintiff's Motion to Strike.

    Under Civil Local Rule 6-2, the parties may file a stipulation requesting to accelerate the time frames set forth in the Local Rules. The stipulation must, inter alia, set forth with particularity, the reasons for the requested shortening of time. *See* Civ. L. R. 6-2. Here, the parties simply state that shortening the time to hear this motion will accelerate the ultimate resolution of this case and relief to the class. The Court finds that the parties have not met their burden under Civ. L. R. 6-2.

The Court therefore **DENIES** this Motion to Shorten Time for Hearing on Motion for Preliminary Approval.  In accordance with Civil Local Rule 7-2, the Motion for Preliminary Approval shall be heard on January 8, 2008 at 9:30 a.m.  Plaintiff is **ORDERED** to re-notice the Motion for Preliminary Approval.  The Court further **VACATES** the November 27, 2007 hearing on Plaintiff's Motion to Strike.

**IT IS SO ORDERED.**

Dated: November 16, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

2