1  S. Mark Varney, No. 121129
   Troy M. Yoshino, No. 197850
2  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
3  44 Montgomery Street, Suite 400
   San Francisco, CA 94104
4  Telephone:   415.989.5900
   Facsimile:   415.989.0932
5  Email:       mvarney@cbmlaw.com
                tyoshino@cbmlaw.com
6
   Daniel V. Gsovski, Esq. (admitted *pro hac vice*)
7  **HERZFELD & RUBIN, P.C.**
   40 Wall Street
8  New York, NY 10005-2349
   Telephone:   212.471.8500
9  Facsimile:   212.344.3333
   E-mail:      dgsovski@herzfeld-rubin.com
10
   Attorneys for Defendant
11 Volkswagen of America, Inc. d/b/a Audi of America, Inc.

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                      San Francisco Division

15

| | |
|---|---|
| 16  MARTIN MAHER, individually and on behalf of all others similarly situated, | No. C 06 6801 MJJ |
| 17  Plaintiffs, | **SUBSEQUENT JOINT CASE MANAGEMENT STATEMENT; [PROPOSED] CASE MANAGEMENT ORDER** |
| 18  v. | [N.D. CAL. LOCAL R. 16-10(D)] |
| 19  VOLKSWAGEN OF AMERICA, INC., d/b/a AUDI OF AMERICA, INC., and DOES 1-100, | Date:       January 8, 2008<br>Time:       2:00 p.m.<br>Judge:      Martin J. Jenkins |
| 20  | |
| 21  Defendants. | Courtroom:  11, 19th Floor |

22
23
24
25
26
27
28

1  Pursuant to Civil Local Rule 16-10(d), the parties to the above-entitled action
2  certify that they met and conferred at least 10 days prior to the case management
3  conference scheduled in this case and jointly submit this Subsequent Case Management
4  Statement and request that the Court adopt the [Proposed] Case Management Order
5  submitted herewith.

## I

## DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

The parties filed their Initial Joint Case Management Statement pursuant to Civil Rule 16-9 on September 7, 2007. Since that time, the following progress or changes have occurred:

**A. The Parties Exchanged Dispositive Motions and Other Information Relating to the Case**

Plaintiffs had previously filed a Motion to Strike Certain Portions of Audi's Answer. That motion was fully briefed, but was stayed pending further developments when Audi agreed to preview with plaintiff's counsel a Motion for Judgment on the Pleadings attacking plaintiffs' entire complaint and confidentially share with plaintiff's counsel certain data and information relating to plaintiff's claims. The parties had been attempting to reach a fair, reasonable, and adequate resolution of this Action for over a year and, as discussed below, did finally reach such a compromise and enter into a Settlement Agreement on November 13, 2007.

**B. The Parties Reached Settlement and Now Have a Motion for Preliminary Approval of a Class Action Settlement Pending Before This Court**

Because this case is a putative class action, and because the parties' settlement seeks to resolve all claims on a nationwide class basis, the parties are required by Fed. R. Civ. P. 23 to seek approval from this Court for their settlement.

Plaintiffs filed the Settlement Agreement along with a Motion for Preliminary Approval on November 15, 2007. *See* Docket Nos. 31, 32 & 33. Audi joined in that Motion on November 20, 2007. *See* Docket No. 39. The Motion for Preliminary

1  Approval is currently scheduled for hearing before this Court at 9:30 a.m., on January 8,
2  2008; hours before the currently scheduled Case Management Conference.
3        For the reasons stated in plaintiff's Motion for Preliminary Approval and
4  Audi's joinder, the parties believe that their settlement is fair, reasonable, adequate, and
5  otherwise meets all requirements for Court approval under Fed. R. Civ. P. 23. The parties
6  are unaware of any opposition or objection to the settlement at this time.

## II

### THE PARTIES REQUEST A STAY OF ALL NON-SETTLEMENT-RELATED PROCEEDINGS

9        The parties are committed to settlement of this matter, and believe that the
10 settlement they have already submitted for the Court's approval is a fair, reasonable, and
11 adequate compromise. In such circumstances, "courts *routinely stay* discovery [and other
12 proceedings] pending settlement and pursuant to the parties' agreement." *In re Vitamins
13 Antitrust Litig. Animal Science Prods., Inc.*, 2001 WL 856292, at *2 n.3 (D.D.C. July 25,
14 2001) (emphasis added); *see also, e.g., Chemical Mfrs. Ass'n v. EPA*, 919 F.2d 158, 161
15 (D.C. Cir. 1990); *Hadden v. Standard Supply & Hardware Co.*, 1997 WL 403229, at *1
16 (E.D. La. July 17, 1997) (stay of proceedings "pending settlement discussions"); *In re
17 Orthopedic Bone Screw Prods. Liab. Litig.*, 1997 WL 303242, at *2, *14 (E.D. Pa.
18 Mar. 11, 1997) (same).
19       As such, the parties respectfully submit that the appropriate Case Management
20 Order at this time is to stay all non-settlement-related proceedings, and have filed
21 herewith a proposed order that could be used to accomplish such a stay.

## III

### GIVEN THE PENDENCY OF A FINAL SETTLEMENT, A REFERRAL TO ADR WOULD BE INAPPROPRIATE AT THIS TIME

25       Pursuant to Civil Local Rule 16-10(d), the parties submit that ADR would be
26 inappropriate at this time, as they have already reached a compromise that achieves a fair,
27 reasonable, and adequate resolution of this entire matter.
28

| | | |
|---|---|---|
|1| Dated: December 14, 2007 | Respectfully submitted, |
|2| | GREEN WELLING LLP |
|3| | |
|4| | By _____/ s /_____ |
|5| | Charles D. Marshall |
| | | Attorneys for Plaintiff |
|6| | Martin Maher, individually and on behalf of all others similarly situated |
|7| | |
|8| Dated: December 14, 2007 | Respectfully submitted, |
|9| | CARROLL, BURDICK & McDONOUGH LLP |

By _____/ s /_____
S. Mark Varney
Attorneys for Defendant
Volkswagen of America, Inc. d/b/a Audi of America, Inc.

Pursuant to General Order 45, Section X.B., I hereby attest that I have on file the holograph signatures for the conformed signatures indicated above in this e-filed document.

CARROLL, BURDICK & McDONOUGH LLP

By _____/ s /_____
S. Mark Varney
Attorneys for Defendant
Volkswagen of America, Inc. d/b/a Audi of America, Inc.

1  [PROPOSED] CASE MANAGEMENT ORDER

2  For good cause shown, all non-settlement-related activities in this matter are
3  STAYED until further order of the Court or there is a written agreement by the parties
4  lifting the stay of this litigation.

5  IT IS SO ORDERED.

6  Dated: 12/17, 2007

                                            Martin J. Jenkins
                                            United States District Judge