IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN MAHER,

    Plaintiff,

v.

VOLKSWAGEN OF AMERICA,

    Defendant.

No. C 06-06801 JSW

**ORDER TO SHOW CAUSE**

In his objection, Timothy Harvey requests that he be permitted to appear by telephone at the May 23, 2008 hearing. The parties are HEREBY ORDERED TO SHOW CAUSE why this request should not be granted. Plaintiff is FURTHER ORDERED to submit a copy of this Order, and all parties shall serve copies of their responses on Mr. Harvey. The responses shall be due by no later than 12:00 p.m. on Wednesday, May 21, 2008.

**IT IS SO ORDERED.**

Dated: May 19, 2008

                                     JEFFREY S. WHITE
                                     UNITED STATES DISTRICT JUDGE