1

2

3

4

5

6           IN THE UNITED STATES DISTRICT COURT

7

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   MARTIN MAHER, Individually and On
    Behalf of All Others Similarly Situated,

10                                              No. C 06-06801 JSW

            Plaintiff,

11

    v.

12                                              **NOTICE OF TENTATIVE
                                                RULING AND QUESTIONS FOR
13  VOLKSWAGEN OF AMERICA, INC., d/b/a          HEARING**
    AUDI OF AMERICA

14          Defendant.

15  _____/

16          TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE

17  NOTICE OF THE FOLLOWING **TENTATIVE** RULING AND QUESTIONS FOR THE

18  HEARING SCHEDULED ON MAY 23, 2008, AT 9:00 A.M.:

19          The Court has reviewed the parties' memoranda of points and authorities and, thus, does

20  not wish to hear the parties reargue matters addressed in those pleadings.  If the parties intend to

21  rely on authorities not cited in their briefs, they are ORDERED to notify the Court and opposing

22  counsel of these authorities reasonably in advance of the hearing and to make copies available

23  at the hearing.  If the parties submit such additional authorities, they are ORDERED to submit

24  the citations to the authorities only, with pin cites and without argument or additional briefing.

25  *Cf.* N.D. Civil Local Rule 7-3(d).  The parties will be given the opportunity at oral argument to

26  explain their reliance on such authority.

27          The Court **tentatively GRANTS** the motion for final approval and **tentatively grants**

28  the motion for attorneys' fees and costs and incentive award.

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

The parties each shall have 15 minutes to address the following questions:

1.  The Court has no record of objections or claim forms from Jeff Mueller, Mark Ours, and Douglas Blair, who are listed on the proof of service submitted as Docket No. 68.  The Court requests that the Plaintiffs supply copies of these claim forms, with VIN numbers redacted, by no later than 2:00 p.m. on Thursday, May 21, 2008.

2.  With respect to the response submitted from Timothy Harvey, which sets forth objections but requests exclusion if the Court overrules the objections, does Defendant have any authority to support the proposition that the Court *must* include Mr. Harvey in the class?

3.  Have the parties received any additional objections or exclusions since they filed their motions for final approval?

4.  Whether to reward the named plaintiff for his effort is within the Court's discretion.  *See, e.g., Van Vranken v. Atlantic Richfield Co.*, 901 F. Supp. 294, 299 (N.D. Cal. 1995) (citations omitted).  Courts may consider the following criteria in determining whether to provide incentive awards: "(1) the risk to the class representative in commencing suit, both financial and otherwise; (2) the notoriety and personal difficulties encountered by the class representative; (3) the amount of time and effort spent by the class representative; (4) the duration of the litigation; and (5) the personal benefit (or lack thereof) enjoyed by the class representative as a result of the litigation." *Id*. (citations omitted).

    (a)  With the exception of the fifth factor, the parties do not fully address the remaining factors to support their request for the incentive award.  Were the parties planning to provide additional information in support of this request?  If so, by when?

5.  In his request for costs, Plaintiff states that he incurred $1,248.90 in filing fees. Apart from filing the complaint, what other fees did Plaintiff incur?

6.      Are there any other issues the parties wish to address?


Dated: May 19, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California