IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN MAHER,

    Plaintiff,

    v.

VOLKSWAGEN OF AMERICA,

    Defendant.
                                       /

No. C 06-06801 JSW

**ORDER GRANTING TELEPHONIC APPEARANCE REQUEST**

The Court HEREBY GRANTS Timothy Harvey's request to appear by telephone at the May 23, 2008 hearing, and. The Court **tentatively DENIES** Mr. Harvey's alternative request to be excluded from the class. Plaintiff is FURTHER ORDERED to serve a copy of this Order on Mr. Harvey forthwith. Mr. Harvey is ORDERED to contact this Court's Courtroom Deputy, Jennifer Ottolini, at 415-522-4173, before 7:00 a.m. PST on Friday, May 23, 2008, to provide a landline at which he may be reached.

**IT IS SO ORDERED.**

Dated: May 21, 2008

                                                       JEFFREY S. WHITE
                                                       UNITED STATES DISTRICT JUDGE