1  Robert S. Green (State Bar No. 136183)
   Jenelle Welling (State Bar No. 209480)
2  Charles D. Marshall (State Bar No. 236444)
   **GREEN WELLING LLP**
3  595 Market Street, Suite 2750
   San Francisco, CA 94105
4  Telephone:  (415) 477-6700
   Facsimile:  (415) 477-6710
5  cand.uscourts@classcounsel.com
   *Attorneys for Plaintiff*
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  MARTIN MAHER, Individually and On            ) Case No. C 06-6801 JSW
    Behalf of All Others Similarly Situated,     )
12                                               ) ~~REVISED [Proposed]~~ **ORDER**
                      Plaintiff,                 ) **GRANTING CLASS COUNSEL'S**
13                                               ) **MOTION FOR AN AWARD OF**
           v.                                    ) **ATTORNEY'S FEES AND COSTS;**
14                                               ) **AND FOR INCENTIVE AWARD TO**
    VOLKSWAGEN OF AMERICA, INC. d/b/a            ) **NAMED PLAINTIFF**
15  AUDI OF AMERICA, INC., and DOES 1-100,       )
    inclusive,                                   )
16                                               ) Date:  May 23, 2008
                      Defendants.                ) Time:  9:00 a.m.
17                                               ) Courtroom: Courtroom 2, 17th Floor
                                                 ) Judge: Judge Jeffery S. White
18                                               )
                                                 )
19                                               )
                                                 )
20  _____      )

21

22

23

24

25

26

27

28

~~REVISED [PROPOSED]~~ ORDER GRANTING FEES, COSTS AND INCENTIVE AWARD
Case No. C 06-6801 JSW

This matter having come before the Court on May 23, 2008, on Class Counsel's Motion for an Award Of Attorneys' Fees and Costs, and for Incentive Awards to Named Plaintiff. No persons having appeared to object or filed objections ~~and exclusions having been noted in the Final Judgment entered this date~~, to the motion for attorneys' fees or the incentive award,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

1. For the purposes of this Order, the terms used herein shall have the meanings as set forth in the Agreement of Settlement dated November 13, 2007 ("Settlement").

2. The awarded attorneys' fees and costs and the amounts awarded to the lead plaintiff shall be paid to Class Counsel subject to the terms, conditions, and obligations of the Settlement.

3. Class Counsel are awarded fees in the amount of $248,369.20, based on a lodestar of $170,466.00 and a multiplier of 1.46. The Court finds that the fee award is reasonable in consideration of all the relevant factors.

4. Class Counsel are awarded reimbursement of their litigation expenses in the amount of $1,630.80.

5. Class Representative, Martin Maher, is awarded $1,500 as an incentive award and based in the factors presented to the Court.

**IT IS SO ORDERED**

Dated: May 27, 2008

_____
The Honorable Jeffrey S. White
United States District Court Judge

~~REVISED [PROPOSED]~~ ORDER GRANTING FEES, COSTS AND INCENTIVE AWARD
Case No. C 06-6801 JSW